**Marriott**

Marriott International, Inc.
Corporate Headquarters

USDC SDNY
DOCUMENT
ELECTRONICALLY F[ILED]
DOC #: _____
DATE FILED: 6/03/08

MEMO ENDORSED

May 30, 2008

JUN 02 2008

ATTN: Honorable Richard M. Berman
United States Distict Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Conference on 7/29/08 @ 11:30 A.M.

RE: Kimberly Lewis v. The Ritz Carlton Central Park
    Civil # 08 CV 3793 (RMB)

SO ORDERED:
Date: 6/3/08
Richard M. Berman, U.S.D.J.

Honorable Richard M. Berman:

At approximately 4:00 p.m. on March 29, 2008 I received by mail a notice to attend an initial pre-trial conference for the above captioned matter scheduled for that same day May 29, 2008 at 9:15 a.m. in Courtroom 21(D) (see notice of pretrial conference attached hereto). I immediately contacted the Director of Human Resources at the Ritz Carlton Central Park and our registered agent, Prentice Hall, to ascertain if we had been served with the complaint as captioned above. I have been advised both by the property and our registered agent that we (the named defendant or any of it's related entities) have not received service of the above captioned complaint.

Due to the late receipt of notice of the pre-trial conference and lack of service related to this matter no appearance was made on behalf of the defendant in the above captioned matter. Based on these two factors, late notice of the pre-trial conference date and lack of service of the complaint, I respectfully request that this court reschedule the pre-trial conference in the above captioned matter and notify me directly of said date. I assure the court that on this rescheduled date an appearance will be made on behalf of the defendant.

I respectfully regret any inconvenience that was caused this Court or any of the parties on the May 29, 2008 date. I appreciate your time and attention to this matter and look forward to hearing from you with regard to the appropriate resolution of this matter. I can be reached at the contact information listed below.

Sincerely yours,

Lisa D. Fentress, Esq.
Director of Specialty Claims
Marriott International Inc.
Marriott Drive Dept. 52/924.36
Washington D.C. 20058
301-380-2177 (office)
202-246-8147 (mobile)
301-644-6222 (RigthFax)
e-mail: Lisa.Fentress@marriott.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

------------------------------------------------------------X
KIMBERLY LEWIS,

                     Plaintiff,                08 CV 3793 (RMB)

    -against-

THE RITZ-CARLTON CENTRAL PARK,

                     Defendant.
------------------------------------------------------------X

       This action has been assigned to the Honorable Richard M. Berman. An initial pre-trial conference is set for **May 29, 2008 at 9:15 a.m.** in **Courtroom 21D** (21st floor), 500 Pearl Street, U.S. District Courthouse. You are advised to review Judge Berman's Individual Practices, which can be obtained in the Clerk's/Cashier's Office, 1st floor, 500 Pearl Street, U.S. District Courthouse or by visiting the Court's website at www.nysd.uscourts.gov. **Plaintiff is responsible for notifying all parties of the above date immediately**.

       In accordance with Rule 16 of the Fed. R. Civ. P., counsel should complete in advance of the conference and develop a case management plan (form enclosed). Counsel should bring copies of the completed case management plan to the conference.

       In addition to the matters covered in the case management plan, counsel should also be prepared to address at the conference the factual and legal bases for their claims or defenses, subject matter jurisdiction, and any other issue relevant to case management. **Counsel should also be prepared to discuss efforts to settle the case.**

**Courtesy Copies of all Rule 7.1 Statements and pleadings shall be submitted to chambers prior to this conference.**

Dated: New York, New York
       April 29, 2008

                                                         Very truly yours,

                                                         Joshua Rosenthal

                                                         Intern to the Hon. Richard M. Berman
                                                          **(212) 805-6715**