UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| KIMBERLY LEWIS, | |
| Plaintiff, | Civil Action No.: 08 Civ. 3793 (RMB)(DF) |
| v. | **RULE 7.1 STATEMENT** |
| THE RITZ-CARLTON CENTRAL PARK, | |
| Defendant. | |

-----------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant The Ritz-Carlton Hotel Company, L.L.C. s/h/a The Ritz-Carlton Central Park (a private non-governmental party) certifies that Marriott International, Inc., a publicly held corporation and Defendant's corporate parent, owns 10% or more of Defendant's stock.

Dated: July 17, 2008
　　　　New York, New York

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　VENABLE LLP
　　　　　　　　　　　　　　　　　　Rockefeller Center
　　　　　　　　　　　　　　　　　　1270 Avenue of the Americas, 25th Floor
　　　　　　　　　　　　　　　　　　New York, New York 10020
　　　　　　　　　　　　　　　　　　(212) 808-5669

　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　Michael J. Volpe (MV-0171)
　　　　　　　　　　　　　　　　　　Shaffin A. Datoo (SD-6929)

　　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I, Shaffin A. Datoo, hereby certify that on July 17, 2008, I served a true and accurate copy of the within **Rule 7.1 Statement** upon:

>Ms. Kimberly Lewis
>582 St. Nicholas Avenue, #407
>New York, New York 10030

via first class mail by placing same in a pre-paid envelope addressed to Ms. Lewis and by depositing same in an official depository under the exclusive care and custody of the United States Postal Service.

_____
SHAFFIN A. DATOO