

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

## REFERRAL FORM FOR *PRO SE* EMPLOYMENT DISCRIMINATION MEDIATION

Case name: **Lewis v. The Ritz-Carlton Central Park**

Docket number: **08 CIV 3793 (RMB)**

Date this case was filed: _____

Date this case was assessed for eligibility for the mediation program: _____

This case was referred by Judge **Richard M. Berman**, who will /(will not) (circle one) conduct the mediation.

| Pro Se Plaintiff's name: | Defendant's name: |
|---|---|
| Kimberly Lewis | The Ritz-Carlton Central Park |
| Address: | Represented by: |
| 582 St. Nicholas Avenue #407 | Sheffin Dotson Vandike LLP |
| New York, NY 10030 | Address: 1370 Avenue of the Americas, 25th Fl, NY NY 10030 |
| Telephone number: | Telephone number: |
| 212 491 0711 | (212) 915-5601 |

### * * * FOR THE PARTIES TO COMPLETE * * *

The purpose of the mediation is to attempt to arrive at a mutually acceptable resolution of the dispute in a cooperative and informal manner.

The undersigned agree to participate in mediation.

Signature of plaintiff  
Date:

Signature of defendant's attorney  
Date: 7/29/08

Rev 11.01.01